DANIELLE OCHS, State Bar No. 178677
dot@ogletreedeakins.com
OWEN S. DALLMEYER, State Bar No. 287250
owen.dallmeyer@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
DOLLAR TREE STORES, INC.

TIMOTHY M. CAMACHO, State Bar No. 154349
tcamacho@glecam.com
GLEASON & CAMACHO
727 18th Street
Modesto, CA  95354
Telephone:    209.550.2777
Facsimile:     209.550.2785

Attorneys for Plaintiff
TONI BENSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONI BENSON,<br><br>             Plaintiff,<br><br>       v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 20,<br><br>             Defendants. | Case No. C14-4632 KAW<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1) AND [PROPOSED] ORDER**<br><br>Complaint Filed:  September 15, 2014<br>Trial Date: |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 20, 2015           /s/ Timothy M. Camacho
                                                    Timothy M. Camacho
                                                    Counsel for Plaintiff
                                                    Toni Benson

Dated: February 20, 2015           /s/ Danielle M. Ochs
                                                    Danielle Ochs
                                                    Counsel for Defendant
                                                    Dollar Tree Stores, Inc.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 20, 2015           By: /s/ Danielle Ochs
                                                    Danielle Ochs

**[PROPOSED] ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED

DATED:   2/26   , 2015

*Kandis Westmore*
THE HON. KANDIS A. WESTMORE
JUDGE OF THE UNITED STATES
DISTRICT COURT

20397320.1